No. 85–5415. ROBERTS v. RUTGERS STATE UNIVERSITY OF NEW JERSEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 85–5422. ZELLERS v. DUCKWORTH, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 85–5424. STOCKI v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 85–5426. FULSOM v. MORRIS, SUPERINTENDENT, MISSOURI TRAINING CENTER FOR MEN. C. A. 8th Cir. Certiorari denied.

No. 85–5427. ENGLAND v. RYAN, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 85–5432. GOLDBLATT v. VOGEL ET AL. C. A. 11th Cir. Certiorari denied.

No. 85–5438. HICKS v. MCCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 85–5450. CARDENAS-MONTILLA ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 85–5452. PREWITT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 85–5459. KOUHESTANIAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 85–5465. MCDOWELL v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 85–5479. CRESPO-DIAZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 85–5483. HATCHER ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 85–5484. POQUIZ v. DEPARTMENT OF TRANSPORTATION. C. A. Fed. Cir. Certiorari denied.